IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ITSHAK ON and KEREN-OR ON, | § | |
| | § | |
| Defendants Below, | § | No. 216, 2024 |
| Appellants, | § | |
| | § | Court Below: Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| KEVIN KULAK, | § | C.A. No. 2023-0011 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: June 11, 2024
Decided: July 1, 2024

## <u>ORDER</u>

On May 29, 2024, the Senior Clerk issued a notice directing the appellants to show cause why the appeal should not be dismissed for the appellants' failure to comply with Supreme Court Rule 42 when taking an appeal from an interlocutory order. The notice was served on the appellants through the Court's electronic filing system. The appellants have not responded to the notice to show cause within the required ten-day period. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice